IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**NANCY A. PEREZ FELIZ**<br>Defendant, | **INFORMATION**<br><br>CRIM. NO. 25- 50 (ADC)<br><br>VIOLATION: 18 U.S.C. § 4<br>(ONE COUNT) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### Misprision of a Felony
### (Title 18, United States Code, Section 4)

On or about April 4, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**NANCY A. PEREZ FELIZ**,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, an employee of Nancy Envíos de Valores conducting, controlling, managing, supervising, directing, or owning all or part of an unlicensed money transmitting business, in violation of 18 U.S.C. § 1960(a), did conceal the same by not alerting the money service business under which Nancy Envíos de Valores was an authorized agent of the transactions taking place that date (cashing of checks exceeding $1,000.00 for the same individual) which Nancy Envíos de Valores

did not have authority to undertake, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

W. STEPHEN MULDROW
United States Attorney

_____
Myriam Y. Fernandez
Assistant United States Attorney